JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA- WESTERN DIVISION

| | |
|---|---|
| **BEVERLY OAKS PHYSICIANS SURGICAL CENTER, LLC**, A California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>**BLUE CROSS BLUE SHIELD OF ILLINOIS**; and **DOES 1 thorough 100**,<br><br>Defendants. | Case No. 2:18-cv-3866-RSWL(JPRx)<br>*Honorable Ronald S.W. Lew*<br><br>**ORDER GRANTING RULE 41 STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

The Court, having considered the accompanying Stipulation, and for good cause shown, HEREBY ORDERS AS FOLLOWS:

1. **THE ACTION IS DISMISSED WITH PRJUDICE.**
2. **EACH PARTY TO BEAR ITS OWN COST AND FEE.**


Date: February 2, 2022                                  ___*/S/ RONALD S.W. LEW*___
                                                                          Hon. Ronald S. W. Lew
                                                                          UNITED STATES DISTRICT JUDGE